1  CODY R. LEJEUNE (CSB No. 249242)
2  cody@lejeunelawfirm.com
   STEVEN M. BENSON (CSB No. 249225)
3  steven@lejeunelawfirm.com
4  **LEJEUNE LAW, P.C.**
   402 West Broadway, Suite 400
5  San Diego, CA 92101
   Telephone: (985) 713-4964
6
7  Attorney for Plaintiff L ALD, LLC

8                  **UNITED STATES DISTRICT COURT**
9
                **SOUTHERN DISTRICT OF CALIFORNIA**
10

11
   L ALD LLC, a Florida Limited Liability        Case No. **'25CV3768 LL    DEB**
12 Company,
                                                  **COMPLAINT FOR DAMAGES AND**
13               Plaintiff,                       **INJUNCTIVE RELIEF**

14       v.

15 HACHETTE BOOK GROUP, a New
16 York Corporation; REBEKAH M.
   GRAY, an individual; and DOES 1- 50,
17 inclusive,                                     **DEMAND FOR JURY TRIAL**

18
                 Defendants.
19

20

21

22

23

24

25

26

27

28

## I.    NATURE OF THE ACTION

1.    Plaintiff L ALD LLC ("Plaintiff") brings this additional action against Defendants for their wholesale, willful, and continuing copyright infringement of Plaintiff's works – with Defendant Rebekah M. Gray ("Defendant Gray") still copying from four of Plaintiff's books during the pendency of Plaintiff's previously filed lawsuit concerning Defendant Gray's prior novel, *Nightweaver*.

2.    The *Nightweaver* lawsuit is pending in this same Court and against these same Defendants, having been filed on November 22, 2024, with case number 3:24-cv-02195-GPC-MSB (hereinafter "The 2024 Lawsuit").

3.    Defendants appear to have no regard for Plaintiff's copyright protection under the laws of the United States.

4.    Defendant Gray admitted to having a Wattpad account in her Answer in The 2024 Lawsuit, making her direct access of Plaintiff's Works plausible, with access becoming a fact which Defendant Gray withheld until required to answer the allegations in the complaint in The 2024 Lawsuit.

5.    The Wattpad account admissions finally made by Defendant Gray in The 2024 Lawsuit, when combined with Defendants' unwillingness to provide native .eml native files of an allegedly previously drafted *Nightweaver* manuscript, underscore Defendants' attempts to hide the ball in all aspects of these disputes.

6.    Defendant Gray knew that the publication and distribution of *Starchaser* (a follow-up to *Nightweaver*) by Defendant Hachette Book Group ("Defendant Hachette") would infringe Plaintiff's Works because she knew of her own direct infringement of Plaintiff's Works.

7.    Defendants continue to infringe on Plaintiff's works, taking more and more of Plaintiff's content as Defendant Gray's series of books are published, continuing to blatantly disregard Plaintiff's copyrights while attempting to cash in on stolen scenes, even

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

in the face of pending litigation.

8.    Defendants are liable to Plaintiff for statutory damages and attorney's fees.

9.    Defendant Hachette acquired the rights to *Nightweaver* from Defendant Gray, as well as certain rights to follow-up books in the series which would be written by Gray.

10.    During the current pendency of The 2024 Lawsuit, Defendant Gray has produced and Defendant Hachette has published a sequel to *Nightweaver*, titled *Starchaser*.

11.    *Starchaser* was published on or around November 4, 2025.

12.    *Starchaser* continues to use characters from *Nightweaver* which are substantially similar to characters in various works of Plaintiff.

13.    *Starchaser* also improperly takes protected content from four of Plaintiff's novels for its plot twists and a significant number of unique (and unusual) scenes.

14.    Some examples of some of the most strikingly similar items found in *Starchaser* are as follows:

| Substantial Similarity No. 1: Self-Driving Vehicle that Speeds over Water | |
|---|---|
| **Ald's *The Boy with the Beautiful Soul*** | **Gray's *Starchaser*** |
| Pg. 87 Book 2 | pg. 249 Book 2 |
| Lead female arrives at an airport and asks a woman nearby, "Do you know what 'punch for jumper' means?" The woman tells her "It's the local taxi service. That's what my husband and I are taking right now." | Lead female arrives at a dock and asks a woman nearby, "What is this thing?" The woman tells her "It's called a skipper (note: sounds like "jumper" in Ald's book). Then the woman tells her "Bloodletters use them to get across the water quickly." |

2

| | |
|---|---|
| Then lead female sees a tiny four-seater car and she thinks "How unusual." Then she is surprised and excited when the woman gives her instructions for how to operate the unusual vehicle: "You enter the address for where you're going and a jumper car will come get you." Lead female realizes it is actually "a self-driving vehicle. | Then lead female sees a tiny two-seater boat and she thinks it's "strange looking." Then she is surprised and excited when the woman gives her instructions for how to operate the unusual vehicle: "Just think about where you want the water to take you and the skipper will do the rest" (aka, like Ald's book, it is a self-driving vehicle). |
| **This is unexpected and a surprise to readers.** | **This is unexpected and a surprise to readers.** |
| Lead female climbs carefully into the car. Then, the car "<u>TOOK OFF</u>! The jumper car zipped along <u>at an incredible speed</u>". | Lead female jumps down and the skipper <u>TAKES OFF at a dizzying speed.</u> |
| Lead female is amazed that the self-driving car can speed over the ocean. She describes how she is "scooting along in a tiny car when there was extremely deep water. She giggles to herself, despite how nervous she feels. She also describes the experience as "slightly eerie." Then her | Lead female is amazed that the self-driving boat can speed over the ocean. She notices how she is "bouncing over the surface of the water". She laughs to herself even though she should be terrified. She also sees "Eerie ships" and thinks about the "Castle." Then her destination comes into view. |

3

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

| | |
|---|---|
| destination comes into view. It's the Palace.<br><br>In the scene prior, her jumper car passes a village where she sees "shopkeepers selling produce on the streets" and she is excited about the "delicious-smelling foods." | During this scene, her skipper boat passes a village where she sees "wooden stalls line the streets" and she is excited about the "scent of baked treats".<br><br>**This does not make sense in an old-fashioned pirate book.** |

| Substantial Similarity No. 2:<br>Lead Antagonist in *Starchaser* and *The Boy with the Beautiful Name*'s Grim Reaper | |
|---|---|
| **Ald's *The Boy with the Beautiful Name*** | **Gray's *Starchaser*** |
| pg. 564 - 569 Book 1 | pg. 43 Book 2 |
| Lead female is confronted with a mysterious cloaked figure who is called a Grim Reaper. The man is a killer who has hurt many people.<br><br>Use of the word 'humans' and hunts people – in this example at the nightclub - for sport. | Lead female is told of a mysterious figure who calls himself a Reaper. The man is a killer who has hurt many people.<br><br>Use of the word 'humans' and hunts for sport. Also uses 'Castle Grim' to further denote 'Grim Reaper.' |

4

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

| **Traits of Ald's Lead Antagonist:** **This is Ald's MOST delineated character.** | **Gray has now taken another very specific character trait from Ald's book and added Grim Reaper to her lead antagonist to match Ald's lead antagonist.** |
|---|---|
| He has ALL of these traits: | He NOW has ALL of these traits: |
| 1) Prince | 1) Prince |
| 2) Pirate Captain | 2) Pirate Captain |
| 3) Grim Reaper | 3) Grim Reaper (also lives at Castle Grim) |
| 4) Leader of Rebel Group | 4) Leader of Rebel Group |
| 5) 'Is a Step-Brother' to Lead Male | 5) 'Like a Brother' to Lead Male |
| 6) He is infamous and feared by everyone | 6) He is infamous and feared by everyone |
| 7) Saved Lead Female's Life | 7) Saved Lead Female's Life |
| 8) In love triangle for lead female with lead male | 8) In love triangle for lead female with lead male |
| 9) Lives at a Stone Fortress | 9) Lives at a Stone Fortress |
| 10) Captures lead female and puts her in chains on a ship | 10) Captures lead female and puts her in chains on a ship |
| 11) A lead antagonist in Book 1 and 2 | 11) A lead antagonist in Book 1 and 2 |
| 12) Has specific tattoo on his arm that ties him to rebel group | 12) Has specific tattoo on his arm that ties him to rebel group |
| 13) Wears a Skull Mask to conceal identity | 13) Wears a Skull Mask to conceal identity |
| 14) Wears red when he first meets lead female | 14) Wears red when he first meets lead female |
| 15) Has a pirate ship | 15) Has a pirate ship |
| 16) Has a gold trinket of value he gives to lead female – Pearl | 16) Has a gold trinket of value he gives to lead female – Medallion |
| 17) Wants to kill lead female | 17) Lead female wants to kill him |
| 18) Uses an alias – Hector Flame / Halo | 18) Uses an alias – Malachi Shade / Titus |
| 19) HUGE plot twist tattoo  reveal AND surprise identity end reveal | 19) HUGE plot twist tattoo  reveal AND surprise identity end reveal |

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

| | |
|---|---|
| 20) He's a killer but wants to be good because of lead female | 20) He's a killer but wants to be good because of lead female |

| |
|---|
| **Substantial Similarity No. 3:** |
| ***Starchaser's* fight scene taken from Plaintiff's *Escape from Nightmare World*** |

| | |
|---|---|
| At the end of the book the lead male is confronted by a major enemy, a royal named King Axxar. The monster uses a unique weapon to cause harm – a bladed whip. This whip is associated with blood as its blades slash the skin (hands) when it's held. The exact same sequence of events are outlined below and appear in both Ald's and Gray's books. | At the end of the book the lead female is confronted by a major enemy, a royal named Queen Calantha. The woman uses a unique weapon to cause harm – a bladed whip. This whip is associated with blood as its blades slash the skin (hands) when it's held. The exact same sequence of events are outlined below and appear in both Ald's and Gray's books. |
| The lead male, during a fight, is unable to use one of his hands as it's stuck and useless to him. | The lead female, during a fight, is unable to use one of her hands as it's useless to her. |
| The enemy, King Axxar, raises his bladed, bloody whip in order to strike the lead male a fatal blow. The lead male waits for the whip's impact to harm him. But, SURPRISE, the whip has been grabbed by | The enemy, Calantha, lashes out with her bladed, bloody whip in order to strike the lead female a fatal blow. The lead female waits for the whip's impact to harm her. But, SURPRISE, the whip |

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

| | |
|---|---|
| someone weaker than the enemy, King Axxar. It's actually a small boy, Helgrith. He holds the whip in his hands to show he is standing up to King Axxar. This infuriates King Axxar, causing him to threaten Helgrith. Instead of obeying, Helgrith pulls the whip out of King Axxar's hands. This causes King Axxar to shout 'CONFOUND it!' | has been grabbed by someone weaker than the enemy, Calantha. It's actually the lead female. She holds the whip in her hands to show she is standing up to Calantha. This infuriates Calantha, causing her to threaten her. Instead of obeying, the lead female pulls the whip out of Calantha's hands. This causes Calantha to shout 'Abomination!' |
| At the end of this fight scene, the lead male watches King Axxar vanish from a blinding blast of RED light. | At the end of this fight scene, the lead female watches Calantha flee (like vanish) into RED smoke. |
| | **This sequence of events is highly unusual** |

| **Substantial Similarity No. 4:** | |
|---|---|
| ***Starchaser* copies Liz Ald's secret royal train scene** | |
| **Ald's *The Boy with the Beautiful Name*** | **Gray's *Starchaser*** |
| pg. 266 - 275 Book 1 | pg. 26 Book 2 |
| Lead female is with a group of other people. She is accompanied by two of her male love interests. She finds herself in an unfamiliar place. One of the lead males asks where they are. The reply is vague. | Lead female is with a group of other people. She is accompanied by two of her male love interests. She finds herself in an unfamiliar place. The lead |

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

| | |
|---|---|
| | female asks where they are. The reply is vague. |
| Then a **SECRET TRAIN** with gold décor appears unexpectedly in front of them. | Then a **SECRET TRAIN** with gold décor appears unexpectedly in front of them. |
| **The train should not be in this place. It's secretive and unusual and the train belongs to a powerful, royal family. No one else knows the train is here.** | **The train should not be in this place. It's secretive and unusual and the train belongs to a powerful, royal family. No one else knows the train is here**. |
| The tunnel underneath Bentley's home that goes underground IS kept secret from the public. | (Note: The woods are "abandoned", aka secret from the public). |
| The scene continues where <u>a door in the train is locked and the lead characters must push hard on it to open it. Characters then encounter a door that also won't 'budge'</u>. | The scene continues where <u>a door in the train is locked and the lead characters must push hard on it to open it. But it's jammed (aka won't budge).</u> |
| A **SECRET TRAIN** hidden beneath someone's house is unexpected. This is a shocking surprise to readers. | There should **NOT be a SECRET TRAIN** in a book about old-fashioned pirates. Gray is copying Ald's shocking surprise to readers. |

8

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

| **Substantial Similarity No. 5:** | |
| :---: | :---: |
| ***Starchaser* copies Liz Ald's break-in and secret bedroom floor passage scene** | |
| <u>**Ald's *The Boy with the Beautiful Soul***</u> | <u>**Gray's *Starchaser***</u> |
| pg. 456 Book 2 | pg. 245 Book 2 |
| <u>**The lead female breaks into the princess's bedroom.**</u> She finds the balcony doors to her palace bedroom locked. Manages to get inside the bedroom. Sees a female in her bed. Goes into the bathroom where a tub is mentioned. | <u>**The princess breaks into lead female's bedroom.**</u> She finds the balcony doors to lead female's palace bedroom unlocked. Manages to get inside the bedroom. Sees lead female is not in her bed. Goes into the bathroom where a tub is mentioned. |
| The princess is in the lead female's original room and the princess <u>should NOT have</u> been there. The lead female has the princess go into the bathroom to help carry out her secret plan. Lead female is shocked to discover a NEW secret passageway in the floor of her bedroom. | The princess is in the lead female's room and the princess <u>should NOT have</u> been there. The princess and lead female are in the bathroom and princess has the lead female help carry out her secret plan. Lead female recalls she was shocked to discover a NEW secret passageway in the floor of her bedroom. |
| **This sequence of events is highly unusual.** | **This sequence of events is highly unusual.** |

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

| **Substantial Similarity No. 6:** | |
|---|---|
| ***Starchaser* copies Liz Ald's secret crawlspace/meeting area** | |
| <u>Ald's *Escape from Nightmare World*</u> | <u>Gray's *Starchaser*</u> |
| pg. 74 | pg. 195 Book 2 |
| Lead male is with his best friend. The best friend shows the lead male a secret place in a wall. The passageway is tiny. It's so small they have to get down on their knees to crawl through it. Lead male doesn't want to go in. Says 'After you', to his best friend. | Lead female is with her sister. The sister shows the lead female a secret place in a wall. The passageway is tiny. It's so small they have to get down on their knees to crawl through it. Lead female is unsure about going it. Her sister says You first. Lead female says 'Right'. |
| They are in the area of the school that is 'abandoned'. The crawl space was dusty and dirty. | They are in the area of the palace that is 'abandoned' noted as 'leads me out into the abandoned kitchens'. The crawl space was dirty as it had mice. |
| Has to climb to his feet out of the tunnel. Lead male first hears muffled voices and then finds a group of people he knows who are part of the secret meeting. A desk is present. A desk is a small table. | Has to climb to her feet out of the tunnel. Lead female first hears muffled voices and then finds a group of people she knows who are part of the secret meeting. A table is present. |

10

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

| Lead male realizes the group has been here before and this is the first time he finds out about their secret meeting place. Word potato is mentioned. The group is part of a secret organization/group…The Changers. | Lead female realizes the group has been here before and this is the first time she finds out about their secret meeting place. Word potato is mentioned. The group is part of a secret organization/group…Order of Hildegarde. |
|---|---|

| Substantial Similarity No. 7: *Starchaser* copies Liz Ald's boat escape scene | |
|---|---|
| **Ald's *The Boy with the Beautiful Soul*** | **Gray's *Starchaser*** |
| pg. 548 Book 2 | pg. 335 Book 2 |
| Lead female and male love interest are imprisoned by the enemy and his soldiers. They escape by finding boats. They climb into a boat and it drops into the ocean from a landing place on 'solid ground'. | Lead female and male love interest are imprisoned by the enemy and his soldiers. They escape with others by finding boats. They climb into a boat and it drops into the ocean from a landing place on 'solid ground'. |
| They are hidden from view by leaving their lights off in the darkness so the enemy cannot follow them. | They are hidden from view by cliffs so the enemy cannot follow them. |
| The lead male is slightly injured and is too weak to drive the boat. Lead female tries to talk to him but is unsure he even heard her. He falls asleep in order to rest. The | The lead female is slightly injured and is too weak to row the boat. A male tries to talk to her but she cannot speak. She faints in order to rest. The others |

11

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

| | |
|---|---|
| lead female must take control of the boat for him. Later, the lead male must row the boat to safety himself. It's intense work and he breathes hard. The male leans heavily on lead female and they head to safety. But the enemy is still out there in pursuit of them. | must take control of the boat for her. It's intense work and they breathe hard. A male picks lead female up and leads her to safety. But the enemy is still out there in pursuit of them. |

15.    Plaintiff has published various works at various times on Amazon and Wattpad (the world's largest reading and writing platform with **90 million+ users**), Defendant Gray accessed Plaintiff's widely disseminated novel *The Boy with the Beautiful Name* through her own Wattpad account, then Defendant Gray explored other works of Plaintiff (i.e., *Escape from Nightmare World*, *Sweet Master* and the follow-up to *The Boy with the Beautiful Name* which is titled *The Boy with the Beautiful Soul*), ultimately improperly taking protected content from Plaintiff's four books for *Starchaser*.

## II.    PARTIES

16.    Plaintiff L ALD LLC ("Plaintiff") is a limited liability company organized and doing business in the State of Florida, and the sole owner of registered copyrights to various novels, including a fantasy novel titled *Escape from Nightmare World*, a horror novel titled *Sweet Master¸* and a series of young-adult ("YA") novels respectively titled *The Boy with the Beautiful Name*, *The Boy with the Beautiful Soul*, and *The Boy with the Beautiful Heart* (the "Beautiful Boy" books).

17.    Plaintiff is informed and believes, and on that basis alleges, that Defendant Rebekah M. Gray, an author utilizing the pseudonym "RM Gray," is an individual residing in Texas, who sells physical products from either her own website or through an interactive website (e.g. amazon.com) and delivers or has delivered those physical products to

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

residents of California in her regular course of business.

18.    Defendant Hachette Book Group ("Hachette") is a corporation located in New York, New York, engaged in the publishing and sale of books, that sells physical products from either its own website or through an interactive website (e.g. amazon.com) and delivers or has delivered those physical products to residents of California in its regular course of business.

19.    Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 50, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed, believes, and thereon alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages, as herein alleged, are proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendants" shall mean all named Defendants, and all fictitiously named Defendants.

20.    Plaintiff is informed, believes, and thereon alleges that Defendants at all times relevant to this action were the agents, servants, partners, joint venturers, and employees of each of the other Defendants and in doing the acts alleged herein were acting with the knowledge and consent of each of the other Defendants in this action. Alternatively, at all times herein relevant, each Defendant conspired with each other to commit the wrongful acts complained of herein. Although not all of the Defendants committed all of the acts of the conspiracy or were members of the conspiracy at all times during its existence, each Defendant knowingly performed one or more acts in direct furtherance of the objectives of the conspiracy. Therefore, each Defendant is liable for the acts of all the other conspirators.

III.    JURISDICTION AND VENUE

21.    This action arises under the Copyright Laws of the United States (Title 17 U.S.C. §101 et seq.).

13

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

22.     This Court has exclusive jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338 in that this action involves claims arising under the Copyright Laws of the United States.

23.     This Court has personal jurisdiction over Defendants because they have purposefully directed and expressly aimed their tortious activities at the State of California and established sufficient minimum contacts with California by, among other things, selling physical products from either their own website(s) or through an interactive website (e.g. amazon.com), and delivering or having delivered those physical products to residents of California in its regular course(s) of business.

24.     Plaintiff asserts that personal jurisdiction is proper here, among any and all other bases for jurisdiction, for reasons as set forth in *Herbal Brands, Inc. v. Photoplaza, Inc.*, 72 F.4th 1085 (9th Cir. 2023).

25.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claims occurred within this judicial district, or since any of the Defendants named above is subject to the court's personal jurisdiction with respect to this action.

## IV.    FACTUAL BACKGROUND

### USING A PSEUDONYM, THE ALDRICH SISTERS AUTHOR VARIOUS NOVELS AND TRANSFER THE RIGHTS TO THEIR WORKS TO ENTITY PLAINTIFF

26.     Under the pseudonym "Liz Ald," Lesley and Lindsey Aldrich author novels.

27.     Among its collection of books, Liz Ald authored a fantasy novel titled *Escape from Nightmare World*, a horror novel titled *Sweet Master*, and a series of young adult ("YA") novels respectively titled: 1) *The Boy with the Beautiful Name*; 2) *The Boy with the Beautiful Soul*; and 3) *The Boy with the Beautiful Heart*. These novels are hereafter collectively referred to as "Plaintiff's Works."

28.     Lesley Aldrich obtained a registered copyright for *Escape from Nightmare*

14

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

*World* via United States Copyright Office registration number TX 9-376-207, with said registration effective March 11, 2024, for the work completed in 2016 and published on November 26, 2020. See **Exhibit 1**.

29.     Lesley Aldrich obtained a registered copyright for *Sweet Master* via United States Copyright Office registration number TX 9-380-687, with said registration effective April 16, 2024, for the work completed in 2017 and first published on August 12, 2017. See **Exhibit 2**.

30.     Lesley Aldrich obtained a registered copyright for *The Boy with the Beautiful Name* via United States Copyright Office registration number TX 9-363-135, with said registration effective February 5, 2024, for the work completed in 2022 and first published on January 8, 2022. *See* **Exhibit 3**.

31.     Lesley Aldrich obtained a registered copyright for *The Boy with the Beautiful Soul* via United States Copyright Office registration number TX 9-368-876, with said registration effective February 5, 2024, for the work completed in 2023 and first published on August 5, 2022. *See* **Exhibit 4**.

32.     Lesley Aldrich transferred the interest in these works and their respective copyrights to Plaintiff.

33.     Plaintiff is a limited liability company organized in the State of Florida which is owned, operated and managed by sisters Lesley and Lindsey Aldrich.

34.     Plaintiff currently owns the valid copyright registrations for all four of these original works and all rights related thereto.

35.     The novels and associated copyrights at issue in this lawsuit are *Escape from Nightmare World*, *Sweet Master*, *The Boy with the Beautiful Name* and *The Boy with the Beautiful Soul* (i.e., two of three novels in this particular YA series authored by the Aldrich sisters under the pen name "Liz Ald"), these four books comprising the "Plaintiff's Works" referred to throughout this complaint.

15

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

36.    Lesley and Lindsey Aldrich (while using the pseudonym "Liz Ald") first began using the internet website wattpad.com ("Wattpad"), an interactive web-novel platform in or around July 2020, publishing *Escape from Nightmare World*.

<u>LIZ ALD USED THE WEBSITE "WATTPAD" TO PUBLISH ITS WORKS</u>

**Wattpad Generally**

37.    Wattpad is a leading web-novel platform, home to a community spending an estimated 26+ billion minutes per month engaged in Wattpad-contributor original stories and other content.

38.    Wattpad is widely used by readers and authors alike, and authored works on Wattpad can become widely disseminated on the site.

39.    Wattpad has over 650 million authored works on its site and its web traffic is in excess of 100 million visits per month.

40.    Wattpad advertises that an original story could "get produced to movie or film," "get adapted to a TV series," or "get published" and that "Wattpad Studios works with partners such as: Sony, Hulu and Syfy."

41.    Wattpad was a preferred method for Liz Ald to publish its works due to significant web traffic, its large-scale exposure to readers and for its ease of use, for author and reader alike.

///
///
///
///
///
///
///
///

16

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

42.    A few more Wattpad stats are set forth below from Wikipedia:

**Statistics**  [ edit ]

As of September 2020:

- More than 80% of its traffic and usage comes from mobile devices[53]
- The site has 90 million monthly users[54]
- There were over 665 million story uploads in total[10][*failed verification*]
- 70% of users are female, 80% of whom are millennials or Gen Z[9][55]

In 2018, nearly 300,000 writers from 35 countries take part in its yearly writing competition, The Watty Awards.[56]

**Professional authors**  [ edit ]

Famous authors such as Margaret Atwood and R. L. Stine have also joined Wattpad. Atwood has posted poetry and judged a poetry contest on the platform.[57] Stine has used Wattpad to post chapters of his books and done interactive events with readers.[58]

**Fan fiction**  [ edit ]

Wattpad has increased in popularity among many fandoms, who take to the platform to craft their own fan fiction.[59] One of the most notable stories on the platform is the *After* series by Anna Todd, which was originally published as a Harry Styles fan fiction.[60] After its large popularity amongst the One Direction fandom and the app's readers, the story became the most read book on Wattpad,[61] having achieved just under 10 million unique readers on the platform and been read more than one billion times.[62] The series went on to be published by Gallery Books and became a *New York Times* Best Seller.[61]

45.    Because of its popularity, a significant number of Wattpad stories are reported stolen.  *See*    https://www.fanficable.com/post/stolen-wattpad-stories-sold-on-amazon-plagiarism-and-story-theft, last accessed March 7, 2025.

**About us**

Wattpad. Where Stories Live.

Wattpad's vision is to entertain and connect the world through stories. A leading social storytelling platform and home to a community of more than 94 million people who spend over 23 billion minutes a month engaged in original stories, Wattpad has democratized storytelling for a new generation of diverse Gen Z writers and their fans. Alongside Wattpad WEBTOON Studios, the company's TV, film, and publishing counterparts, Wattpad combines art and science to unearth incredible stories and cultivate the fandoms driving the future of entertainment. The company is proudly based in Toronto, Canada.

17

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

**Liz Ald Enjoys Tremendous Success on Wattpad**

46.    In order to take advantage of Wattpad's popularity among readers, Liz Ald published Plaintiff's Works on the website, as described in particularity in the timetable below.

47.    Liz Ald found that users of Wattpad were responsive to Plaintiff's Works, noticing an audience eager for new material and engaging with Liz Ald to anticipate the content of to-be-uploaded new chapters of Plaintiff's Works.

48.    In addition, Wattpad's algorithm rewarded content providers with higher rankings and a greater likelihood of being featured on Wattpad's homepage if authors followed these basic rules: 1) write stories directly into Wattpad (in lieu of producing content elsewhere and simply copy/pasting content from a separate document); 2) frequently publish new chapters for consumption by a reader base; and 3) engage with Wattpad users following receipt of comments.

49.    After previously publishing *Escape from Nightmare World* and *Sweet Master* in full all at once to Wattpad in 2020, Plaintiff changed its publication patterns and followed Wattpad's rules and suggestions, publishing each chapter of the *Beautiful Boy* works to Wattpad as it was completed.

50.    Plaintiff found success and notoriety for Plaintiff's Works by way of an encouraging engagement level of Wattpad users with Plaintiff's Works, which led to increased views and exposure to readers to Plaintiff's Works.

51.    Indeed, in July 2022, Plaintiff completed *The Boy with the Beautiful Name*, and on July 20, 2022, it was immediately ranked #1 on Wattpad in its "Fiction" section for 12+ weeks and reached 100,000+ reads.

52.    The following screenshots are mobile screenshots from the Wattpad application taken by Plaintiff on July 20, 2022:

18

2:41



## The Boy with the Beautiful Name

👁 100K    ★ 2.2K    ≣ 200

**Read**    **+**

Only Sara called him, 'the boy with the beautiful name.' He was her secret obsession. In fact, he was every high school girl's secret obsession, along with several of the teachers! He had shown up out of the blue in the... **More**

⭐ #1 in fiction    See all rankings

✓ COMPLETED

19

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF



COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

53.    Then, on July 26, 2022, *The Boy with the Beautiful Name* gained an additional 100,000 views to reach 200,000 total views.

54.    On August 7, 2022, *The Boy with the Beautiful Name* reached 300,000 views on Wattpad.

55.    On September 12, 2022, The Boy with the Beautiful Name was featured on Wattpad's homepage, creating significant exposure with Wattpad's millions of users and in its "Binge from Start to Finish" category.



COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

56.    Because it was featured on Wattpad's homepage, *The Boy with the Beautiful Name* received significant notoriety and exposure.

57.    In addition, author Liz Ald received significant exposure to all of its Wattpad works as any user could simply click on the author's name and be taken to the author site for Liz Ald, which in September 2022, also featured numerous chapters for The Boy with the Beautiful Soul already published to Wattpad:



58.    Indeed, Plaintiff's Works combined for over 1 million views on Wattpad and are widely disseminated as a result.

59.    A registered Wattpad user could see that *The Boy with the Beautiful Name*'s

22

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

views increased by an estimated 100,000 new reads every week as popularity for Liz Ald's content increased over time, an increase which collectively contributed to Liz Ald's 1 million + views for Plaintiff's Works.

60.    Another screenshot from Wattpad shows that the Liz Ald author webpage shows all of the "Beautiful Boy" books in one place and thus easy for anyone to find:



This is Ald's Wattpad profile ; it shows:

- 1 reading list (all books are available right here, to anyone)

- Ald published 12 works on this page

- Ald shows 1.2K Wattpad reader followers of her works

- Ald's "Beautiful Boy" series is listed first and easy to find on this author page if a reader wants to read more of Liz Ald-created material on Wattpad

61.    Plaintiff's Works each achieved widespread dissemination and notoriety by virtue of the volume of views and reads of the respective works on Wattpad, the internet's most popular literary website.

**Timeline of the Publication of Plaintiff's Works on Wattpad**

62.    *Escape from Nightmare World* was first published on Wattpad in July 2020.

23

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

This publication followed its release in full on Amazon in January 2020.

63.    *Sweet Master* was first published on Wattpad in August 2020.

64.    *The Boy with the Beautiful Name* was first published on Wattpad on or around January 8, 2022.

65.    *The Boy with the Beautiful Soul* was first published on Wattpad in August 2022.

66.    *The Boy with the Beautiful Heart* was first published on Wattpad in June 2023.

67.    A basic timeline of Liz Ald's participation on Amazon and Wattpad for Plaintiff's Works at issue here, as well as some other relevant dates/actions concerning the works, are as follows:

| **Date** | **Action and Work Associated with Action** |
|---|---|
| | *Escape from Nightmare World*<br>*Sweet Master*<br>*The Boy with the Beautiful Name* ("Book 1")<br>*The Boy with the Beautiful Soul* ("Book 2")<br>*The Boy with the Beautiful Heart* ("Book 3") |
| **2020** | |
| January | Ald publishes *Escape from Nightmare World* in full on Amazon |
| July | Ald hides *Escape from Nightmare World* on Amazon<br><br>Ald publishes *Escape from Nightmare World* in full on Wattpad<br><br>Book is approximately 70,000 words |
| August | Ald publishes *Sweet Master* in full on Wattpad<br><br>Book is approximately 70,000 words |
| | |
| **2020 – 2021** | |
| | Ald researches how to go viral on Wattpad |
| | Ald writes numerous short stories within Wattpad<br>and publishes them in full |
| | |

24

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

| 2022 | |
|---|---|
| January | Ald writes 16 chapters of Book 1 to Wattpad |
| February | Ald writes 50 chapters of Book 1 to Wattpad |
| March | Ald writes 30 chapters of Book 1 to Wattpad |
| April | Ald writes 45 chapters of Book 1 to Wattpad |
| May | Ald writes 31 chapters of Book 1 to Wattpad |
| June | Ald writes 18 chapters of Book 1 to Wattpad |
| July | Ald writes 8 chapters of Book 1 to Wattpad<br><br>Book 1 complete. Book 1 is approximately 147,000 words |
| August | Ald writes 34 chapters of Book 2 to Wattpad |
| September | Ald writes 20 chapters of Book 2 to Wattpad |
| October | Ald writes 21 chapters of Book 2 to Wattpad |
| November | Ald writes 27 chapters of Book 2 to Wattpad |
| December | Ald writes 20 chapters of Book 2 to Wattpad |
| | |
| 2023 | |
| January | Ald writes 32 chapters of Book 2 to Wattpad |
| February | Ald writes 28 chapters of Book 2 to Wattpad |
| March | Ald writes 16 chapters of Book 2 to Wattpad<br><br>Book 2 complete. Book 2 is approximately 120,000 words |
| April | Ald hides Book 2 on Wattpad and self-publishes it to Amazon |
| May | Ald removes Book 2 from Amazon and re-publishes all chapters to Wattpad |
| June | Ald writes 12 chapters of Book 3 to Wattpad |
| July | Ald writes 26 chapters of Book 3 to Wattpad |
| August | Ald writes 54 chapters of Book 3 to Wattpad<br><br>Ald hides all books on Wattpad<br><br>Ald self-publishes Books 1 and 2 to Amazon |
| September | Ald writes more chapters for Book 3 on Wattpad but does not publish them.<br><br>Ald removes all books from Wattpad |
| October | Ald writes more chapters for Book 3 on personal laptop |

25

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

| November | Ald writes more chapters for Book 3 on personal laptop |
|----------|--------------------------------------------------------|
| December | Ald writes more chapters for Book 3 on personal laptop<br><br>Book 3 complete. Book 3 is approximately 120,000 words |
| | |
| **2024** | |
| January | Ald researches marketing strategy for Books 1 and 2 |
| February | Ald registers all five novels with Copyright Office |

<u>PLAINTIFF SATISFIES THE ACCESS PRONG OF COPYING</u>

68.    Plaintiff is informed and believes, and on that basis alleges, that Defendant Gray accessed Plaintiff's Works via her personal account on Wattpad.

**Direct Access**

69.    Plaintiff is informed and believes, and on that basis alleges, that considering the breadth of substantial similarities between the Plaintiff's Works and *Starchaser*, that Defendant Gray accessed Plaintiff's Works on Wattpad with her own Wattpad account.

70.    Defendant Gray admitted to having a Wattpad account in her Answer in The 2024 Lawsuit, making her direct access of Plaintiff's Works plausible.

71.    Any information concerning Defendant Gray's Wattpad activities are in the exclusive possession of Defendant Gray and Wattpad at this time, and Plaintiff requires discovery in order to confirm when Defendant Gray specifically directly accessed Plaintiff's Works via Wattpad.

**Widespread Dissemination**

72.    As set forth above, it is plausible that Defendant Gray viewed Plaintiff's Works on Wattpad.

73.    The facts herein confirm that Plaintiff's Works enjoyed tremendous commercial success and notoriety based on their popularity on Wattpad.

74.    First, Wattpad is the world's leading reading and writing platform with over 90 million+ users.

26

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

75.   Indeed, famous authors such as Margaret Atwood and R.L. Stine have joined Wattpad and posted chapters of books on Wattpad.

76.   Defendant Gray admits to having a Wattpad account in The 2024 Lawsuit.

77.   Second, the popularity of *The Boy with the Beautiful Name* on Wattpad makes it plausible that Defendant Gray viewed Liz Ald's widely disseminated novel.

78.   As set forth above, *The Boy with the Beautiful Name* gained immediate popularity upon being published on Wattpad in July 2022, rising to #1 in the Fiction category.

79.   *The Boy with the Beautiful Name* was also featured on Wattpad's homepage for a period of time in September 2022.

80.   At that time, Plaintiff had also published numerous chapters of *The Boy with the Beautiful Soul* on Wattpad, which also gained over 175,000 views, making this book also widely disseminated on Wattpad.

81.   The success and popularity of *The Boy with the Beautiful Name* (based on its ranking and the massive number of reads) means that it is likely that readers, including Defendant Gray, would be led to Liz Ald's author page.

82.   Therefore, Defendant Gray plausibly accessed any and all of Plaintiff's Works which were on Wattpad.

83.   Indeed, Liz Ald gained over 1,000 followers from July 2022 to September 2022, showing that viewers who read *The Boy with the Beautiful Name*, whether they followed Liz Ald, are reasonably likely to have accessed *The Boy with the Beautiful Soul*.

84.   It is even more likely that Defendant Gray accessed Plaintiff's Works on Wattpad, given that they both author novels in the same basic genre, Fantasy/YA.

**Chain of Events**

85.   Plaintiff has also satisfied the access prong based on a chain of events theory.

86.   The chain of events described above led Defendant Gray to Wattpad.

27

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

87.    Defendant Gray set up her own account and used Wattpad herself, Defendant Gray viewed the widely disseminated *The Boy with the Beautiful Name*, and Defendant Gray then accessed Liz Ald's author page and was led to the other three novels described above, *Escape from Nightmare World*, *Sweet Master*, and *The Boy with the Beautiful Soul*.

88.    Plaintiff is informed, believes, and on that basis alleges that Defendant Gray developed *Starchaser* utilizing Plaintiff's Works which she accessed on Wattpad (and which she also used to develop *Starchaser*'s predecessor novel, *Nightweaver*).

89.    Plaintiff hereby incorporates the access allegations from The 2024 Lawsuit and attaches a true and accurate copy of it as **Exhibit 5**.

90.    Plaintiff's theories concerning Defendant Gray's infringing actions are all plausible: Defendant Gray was a Wattpad user and accessed Plaintiff's Works either directly or circumstantially, due to their widespread dissemination and notoriety, then infringed upon such works in order to create *Starchaser* and published this novel during the pendency of The 2024 Lawsuit and the parties' dispute over *Nightweaver*.

**Striking Similarity**

91.    Plaintiff has also shown that Defendant Gray accessed Plaintiff's Works because Plaintiff's Works and *Starchaser* are strikingly similar.

92.    Paragraph 9 above showcases some examples of the most strikingly similar components of the works, including:

- scenes that contain a small, secret, self-driving vehicle that "TAKES OFF at an incredible speed" as a time-saving shortcut over the ocean to the astonishment of both readers and the lead female;

- at the end of the scene, a vehicle that transports the lead female to a palace/manor then passes the main entrance of their destination and instead arrives at an entrance that is not accessible to the public;

- an additional unusual character trait that now overlaps for the lead antagonist --

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Grim Reaper, bringing the list of unusual character traits for this lead antagonist to <u>twenty</u> that now appear in both Ald's and Gray's books;

- a scene that features a complicated fight between the lead hero and evil villain that includes the villain wielding a bloody, bladed whip that slashes the skin when held and follows the same, intricate series of events – an angry attack that culminates as – SURPRISE – an unexpected intervention by a much weaker protagonist, causing the villain to shout in astonishment then disappear in red light/smoke;

- a scene that depicts a secret, gold train in a hidden location where the lead female and her love interest are accompanied by others and are surprised to discover the train in an unknown location in which it should not be found, even more unexpected when a door within the train won't open and causes distress to the riders;

- a scene where the lead female breaks into a room occupied by the princess and expects to find her lying in bed, then is followed by mention of the tub in the bathroom, and then followed by the lead female shocked to discover a secret tunnel beneath the bedroom floor;

- a scene where the lead hero must crawl through a very small space in an abandoned part of a building accompanied by someone they know, where they are then surprised to find an entire group of people who had been meeting in secret and are only now allowing the lead hero into their hidden lair and organization

- a scene where the main characters are imprisoned by the villains, manage to escape by fleeing on foot and miraculously happen to find a boat they can use to row to safety, all while one of the leads is too injured to drive the boat, is unable to speak due to falling nearly to sleep, and then the boaters must physically row

29

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

themselves out of the ocean with the villains still in hot pursuit behind them.

93.    Based on Paragraph 9, it is IMPOSSIBLE that this many scenes with this much detail, in the same specific order could all possibly overlap. This is only the tip of this TITANIC-SINKING ICEBERG, detailed and/or incorporated herein.

94.    Evidence submitted herein confirms that the works are so similar that the similarities cannot be merely coincidental, and it can be plausibly inferred that Defendant Gray accessed Plaintiff's Works when creating *Starchaser*, the follow-up novel to *Nightweaver*.

95.    Plaintiff's chart detailing some substantial and striking similarities between the at-issue books is attached hereto as **Exhibit 6**, discussed in further detail below.

96.    Further, Defendant Gray has copied characters from Plaintiff's Works and utilized them in *Starchaser*, in most instances a continuation of Defendant Gray's copying from *Nightweaver* and as detailed in the 2024 Lawsuit.

97.    The characters copied by Defendant Gray are as follows:

---

**Lead Antagonist Male / Prince / Pirate Captain / Grim Reaper**

    Ald's book: Halo Charleston / Hector Flame (notorious pirate alias)
    Gray's book: Titus Anteres / Malachi Shade (notorious pirate alias)

---

**Lead Male / Royal**

    Ald's book: Bentley Prince Charleston
    Gray's book: Lord William Castor

---

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

**Lead Female**

    Ald's book: Sara Smith lives in Red, CT (fictional location)

    Gray's book: Aster Oberon goes to live in Red, Island (fictional location)

**Antagonist Female / Princess**

    Ald's book: Ana Bell from palace on distant island surrounded by water, Emerald Isle (aka, green) -- Gray copied first name with 3 letters and last name that starts with a "B"

    Gray's book: Leo Boucher first meeting is palace on distant island surrounded by water, Jade City (aka, green) -- Gray copied first name with 3 letters and last name that starts with a "B"

**Older Brother of Lead Female**

    Ald's book: Charles / Charlie Smith lives in Red, CT (fictional location) -- Gray copied first name exactly

    Gray's book: Charlie Oberon goes to live in Red Island (fictional location) -- Gray copied first name exactly

**Royal Father of Lead Male**

    Ald's book: King James Charleston – last name starts with a "C"

    Gray's book: Lord Bludgrave (Castor) – last name starts with a "C"

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

**Royal Mother of Lead Male**

Ald's book: Queen Rowena Charleston – first name is 3 syllables

Gray's book: Lady Isabelle Castor – first name is 3 syllables

**Friend / Sister of Lead Female**

Ald's book: Ella Winter lives in Red, CT (fictional location); friend of lead female – Gray copied first name almost exactly

Gray's book: Elsie Oberon goes to live in Red Island (fictional location); sister of lead female -- Gray copied first name almost exactly

**Antagonist of Lead Male / Female**

Ald's book: Helgrith; shape-shifting boy that transforms into a black bird with red eyes and tries to kill lead male (*Escape from Nightmare World*)

Gray's book: Owen; shape-shifting boy that transforms into a black bird with red eyes and tries to kill lead female

**Lead Antagonist of Lead Male / Female**

Ald's book: King Axxar; magical evil villain with a bladed whip that reigns over another realm the lead male is heir to; he tries to kill lead male; King Axxar cannot cross a special border that leads to another magical realm

32

(*Escape from Nightmare World*); King Axxar vanishes at the end in bright red light

Gray's book: Queen Calantha; magical evil villain with a bladed whip; works for Queen Morana, lead antagonist that reigns over another realm the lead female is heir to; both try to kill lead female; Queen Morana cannot cross a special border that leads to another magical realm; Queen Calantha vanishes at the end in bright red smoke

## PLAINTIFF'S WORKS COMMAND COPYRIGHT PROTECTION

98.    Plaintiff's Works contain copyrightable subject matter.

99.    The plots, characters and scenes/dialogue of Plaintiff's Works were originally conceived by Liz Ald and, within these works, all of these elements have been presented sufficiently developed.

100.    These plots, characters, and scenes/dialogue of Plaintiff's Works are sufficiently distinctive so as to be afforded copyright protection.

101.    Further, Liz Ald is entitled to copyright protection for otherwise unprotected material due to Liz Ald's selection, arrangement and coordination of otherwise unprotected aspects of Plaintiff's Works.

102.    Plaintiff has copyright protection of Plaintiff's Works due to the numerosity of these elements combined with their original selection, arrangement and coordination within the copyrighted works.

103.    Ald's selection and arrangement of specific elements of plot, distinct character traits and the dialogue/scenes within Plaintiff's Works have a creative and original design and are sufficiently original, possessing the requisite minimal degree of creativity needed for copyright protection.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

104.   Plaintiff does not request protection for any trivial element of compilation and arrangement.

105.   Plaintiff is not asserting that a scattering of random similarities exists between Plaintiff's Works and *Starchaser*.

106.   Such an original selection, arrangement and design should be copyright protected in its form as well and due to the respective registered copyrights attached as **Exhibits 1 – 4**.

107.   Plaintiff requires expert assistance in presenting these issues of copyright protection under its various theories to a jury.

108.   Reasonable jurors could differ concerning whether Liz Ald's individual elements of its works should receive protection or should ultimately be filtered out for purposes of the extrinsic test analysis.

109.   Plaintiff requires its day in court in order to present its expert's opinion on its theory of selection and arrangement, among other theories of copyright and infringement.

110.   Plaintiff further requires a jury's finding on the issue of intrinsic similarity that would come from the subjective comparison conducted by an ordinary, reasonable audience that has had a chance to read all the works at issue and hear expert testimony on the objective components of similarity, as well as what is and what is not protected by copyright.

111.   Plaintiff is entitled to "thick" protection of Plaintiff's Works, and thus a finding of substantial similarity will prove Defendant Gray's infringement.

<u>STRIKING SIMILARITIES CONFIRM THAT DEFENDANT GRAY UNLAWFULLY APPROPRIATED FROM PLAINTIFF'S WORKS</u>

112.   Plaintiff has provided charts that identify some of the striking and substantial similarities between *Starchaser* and Plaintiff's Works.

113.   As detailed above, Plaintiff's nearly 100-page chart detailing some substantial

34

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

and striking similarities between scenes and characters (and line-by-line comparisons showing exact phrases and words copied by Defendant Gray) between the at-issue books is attached hereto as **Exhibit 6**.

114. The sheer numerosity of the similarities confirm that Defendant Gray's *Starchaser* infringed Plaintiff's Works.

115. In addition to the similarity in the ideas expressed, plot, themes, dialogue, mood, setting, pace, characters, and sequence of events within the respective books, the books' general concepts also feel similar, creating an inescapable conclusion that the books were related or that perhaps one was the sequel to the other.

<u>DEFENDANTS ARE LIABLE TO PLAINTIFF FOR STATUTORY DAMAGES AND ATTORNEY'S FEES</u>

116. Plaintiff's Works were registered with the Copyright Office prior to *Starchaser*'s publication on November 4, 2025. See **Exhibits 1 - 4**.

117. As a result, Defendants are liable for statutory damages and attorneys' fees because all of their infringing activities occurred after Plaintiff's Works were registered with the copyright office.

**FIRST CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT**
**(As to All Defendants)**

118. Plaintiff repeats, alleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

119. Plaintiff holds a valid copyright to the works titled *Escape from Nightmare World*, *The Boy with the Beautiful Name*, and *The Boy with the Beautiful Soul*.

120. As detailed above, Defendant Gray accessed Plaintiff's Works with her Wattpad account, or accessed Plaintiff's Works due to their widespread dissemination and a related chain of events wherein Defendant Gray accessed books of Liz Ald which were not widely disseminated, or otherwise Defendant Gray's access should be inferred due to

35

the striking nature of similarities between the works as detailed above.

121.    Wattpad provided for widespread dissemination of *The Boy with the Beautiful Name* and *The Boy with the Beautiful Soul*.

122.    As detailed above and as set forth in the **Exhibit 6** submitted with this complaint and incorporated into this document, Defendant Gray has produced and Defendant Hachette has published a book titled *Starchaser* which has substantial similarities to Plaintiff's Works of both an intrinsic and extrinsic nature, rendering Defendant Gray's work infringing upon Plaintiff's Works.

123.    Plaintiff is informed, believes, and thereon alleges that the named Defendants, via *Starchaser*, intentionally produced, distributed, published, sold, conveyed, and otherwise exploited Plaintiff's Works without authorization, in violation of Plaintiff's copyrights and otherwise.

124.    Plaintiff is informed, believes, and thereon alleges that the named Defendants have intentionally violated the Federal Copyright Act, Title 17 U.S.C. §101 et seq., entitling Plaintiff to all damages and remedies provided by the Act.

125.    Plaintiff is informed, believes, and thereon alleges that the named Defendants continue to infringe upon Plaintiff Work's copyrights, causing Plaintiff irreparable injury and damage.

126.    Said infringement entitles Plaintiff to actual and statutory damages, injunctive, and other relief provided by the Copyright Act.

**SECOND CAUSE OF ACTION**
**CONTRIBUTORY COPYRIGHT INFRINGEMENT**
**(As to Defendant Gray)**

127.    Plaintiff repeats, alleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

128.    Defendant Gray is liable for contributory infringement.

36

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

129.   As set forth in detail herein, Defendant Gray, upon information and belief, accessed Plaintiff's Works and committed direct copyright infringement by using them to author *Starchaser*.

130.   Defendant Gray then supplied a manuscript of *Starchaser* to Defendant Hachette.

131.   Defendant Gray, as author of *Starchaser*, knew that Defendant Hachette directly infringed Plaintiff's Works when it published *Starchaser* because she authored *Starchaser*.

132.   Defendant Gray, as author of *Starchaser*, induced, caused, and materially contributed to the infringing conduct of Defendant Hachette by authoring and supplying the infringing material contained in *Starchaser*.

133.   As a result, Defendant Gray induced, caused, or materially contributed to the copyright infringement by others, including, but not limited to, the infringing conduct of Defendant Hachette, of the Plaintiff's copyrights in Plaintiff's Works and otherwise as alleged herein.

134.   Defendant Gray knew or had reason to know that the conduct of such other parties infringed Plaintiff's copyrights in Plaintiff's Works.

135.   Specifically, Defendant Gray knew that the publication and distribution of *Starchaser* by Defendant Hachette would infringe Plaintiff's Works because she knew of her own direct infringement of Plaintiff's Works.

136.   As a direct and proximate result of said Defendant Gray's contributory copyright infringement, Plaintiff has suffered and will continue to suffer severe injuries and damage, some of which cannot be reasonably and adequately measured or compensated in damages.

137.   By reason of the foregoing, Plaintiff is further entitled to damages Plaintiff has sustained and will sustain in the future, and any profits of Defendant Gray as a result

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

of the infringements, in an amount to be ascertained at trial.

## PRAYER FOR RELIEF

1.     For a preliminary and permanent injunction enjoining Defendants from infringing the copyrights of Plaintiff in any manner;

2.     For actual damages and profits according to proof;

3.     That Defendants be required to pay to Plaintiff such damages as Plaintiff has sustained in consequence of Defendants' infringements of Plaintiff's copyrights and otherwise and to account for:

   (a)     All gains, profits, and advantages derived by Defendants by his or her infringement of Plaintiff's copyrights or such damages as the court shall deem proper within the provisions of the copyright statute; and

   (b)     That Defendants deliver up to be impounded during the pendency of this action all copies of said infringing work *Starchaser* as are in its possession or under its control and deliver up for destruction all infringing copies or other mechanisms utilized to make infringing copies.

4.     For statutory damages, and costs against Defendants;

5.     For an accounting of all totals referenced in Item "3" herein;

6.     For Plaintiff's reasonable attorney's fees;

7.     For costs of suit and interest; and

8.     For such relief as is just and proper.

///

///

///

///

///

38

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff respectfully demands a trial by jury in this action.

Dated: December 24, 2025                            Respectfully submitted,


                                                   **LEJEUNE LAW, P.C.**

                                        By:    <u>/s/ Cody R. LeJeune</u>
                                               Cody R. LeJeune
                                               402 West Broadway, Suite 400
                                               San Diego, CA 92101
                                               Telephone: (985) 713-4964

                                               Attorney for Plaintiff,
                                               L ALD LLC,
                                               A Florida Limited Liability Company

39

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF